TRINA A. HIGGINS, United States Attorney (7349)
MELINA SHIRALDI, Assistant United States Attorney (13110)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
melina.shiraldi@usdoj.gov

---

### UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH,<br><br>               Plaintiff,<br><br>   v.<br><br>SARAH SPROUSE,<br><br>               Defendant. | **MOTION TO WITHDRAWL NOTICE OF REMOVAL AND CLOSE CASE**<br><br>Case No. 4:23-po-00203<br>State Court Case No. 231300025 MO<br><br>Magistrate Judge Paul Kohler |

Defendant Sarah Sprouse through undersigned counsel, filed a Notice of Removal (ECF 1) requesting that the state court case be removed to this Court. On November 30, 2023, the underlying state court case was dismissed. *See* Exhibit A. The reasons for filing the Notice of Removal are now moot. Defendant respectfully withdrawals her Notice of Removal and requests that this federal case be closed. Counsel for Plaintiff has no objection.

Dated this 1st day of December, 2023.

TRINA A. HIGGINS
United States Attorney

*/s/ Melina Shiraldi*
MELINA SHIRALDI
Assistant United States Attorney

# **EXHIBIT A**

The Order of the Court is stated below:
**Dated:** November 30, 2023          **/s/**   MARK MCIFF
                04:43:10 PM                    Justice Court Judge



Michael Winn-14040

Wayne County Attorney

18 South Main

Loa, UT 84747

(435) 836-1327

michael@wayne.utah.gov

Wayne County Justice Court
Wayne County, State of Utah

| State of Utah<br>Plaintiff<br>vs.<br>Sarah Sprouse<br>Defendant | Motion and order of dismissal<br><br>Case No. 231300025<br><br>Judge Mark Mciff |
| --- | --- |

The State of Utah, by and through its attorney Michael Winn, requests the above

captioned case be dismissed as further prosecution is not now within the best interests of or

furtherance of justice.

DATED this 28th day of November 2023.

/s/ Michael Winn

Wayne County Attorney

The Court, upon State's motion and good cause appearing, hereby dismisses the above

captioned case.

**This order is effective when digitally signed by the court**

**Certificate of Service**

I certify I delivered a true and correct copy of the motion and order of dismissal via electronic delivery.

DATED this 28th day of November 2023.

/s/ Michael Winn
Wayne County Attorney